# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 3, 2024

## NO. 03-22-00198-CV

**UnitedHealthcare Insurance Company and Sierra Health and Life Insurance Company, Inc., Appellants**

**v.**

**Ken Paxton, Attorney General of Texas; Teacher Retirement System of Texas; Humana Insurance Company; Humana Insurance Company of New York; and Humana Insurance Company of Puerto Rico, Inc., Appellees**

---

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the judgment signed by the trial court on April 2, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.